657 A.2d 437

IN THE MATTER OF A. ROBERT GLOESER,
AN ATTORNEY AT LAW.

May 9, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court on April 6, 1995, recommending that **A. ROBERT GLOES-ER** of **WILLIAMSTOWN,** who was admitted to the bar of this State in 1981, be reprimanded for misconduct in the handling of two matters including gross neglect (*RPC* 1.1(a)), lack of diligence (*RPC* 1.3), and failure to communicate (*RPC* 1.4), and good cause appearing;

It is ORDERED that **A. ROBERT GLOESER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.